Sno H. Rush
Reg: 31219-016, Unit A3
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

RECEIVED
NOV 2 0 2011
CHAMBERS OF
JUDGE KOTELLY

FILED
DEC -8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Copies to: Judge
AUSA – Special Proceedings
Dft.

November 1, 2011

The Honorable Judge Collen Kollar-Kotelly
E. Barrett Prettyman, U.S. District Court
Washington, D.C. 20001

CR 10-246-CKK

Dear Judge Kollar-Kotelly,

I am the defendant, Sno H Rush in the criminal case 10CR246, United States V Sno H Rush. I am writing your honor to humbly request a modification of the imposed sentence to a reduction or split sentence.

Your honor, On May 9, 2011, I was sentenced to 21 months in Federal Prison for one count of Conversion. While I am not requesting the Courts to vacate or set aside my sentence, I am requesting leniency and favor on the current sentence. After sentencing, the Court appointed a Federal Public Defender, Mr. Neil Jaffee to file an appeal on my behalf. Mr. Jaffee notified me approximately a month after I reported to FPC Alderson and suggested that I withdraw my appeal because there was no basis for an appeal because I was not sentenced outside of the guidelines. I asked Mr. Jaffee since I was a first time, non-violent offender with very little chance of recidivism, why shouldn't I qualify for a split-sentence or home confinement? Mr. Jaffee stated at the time of sentencing my counsel should have stated to the Courts that my client would like to motion the Court for a reduction of sentence or suggest to the Courts to sentence me below the guidelines due to my prior outstanding 22 years of government service and the majority of my life has been a great service to the community and society, however, counsel did not.

Recently, my husband and I were informed that the Robinson Law Firm was undergoing an investigation for misconduct involving misappropriation of trust (Exhibit A). While, this may not have any legal recourse on my case, I do believe when I retained Mr. Robinson he had an ethical obligation to inform us of this case in which it would have allowed us to seek counsel elsewhere with someone who would have provided us proper guidance throughout the case. Based on Mr. Robinson's successful record, I'm sure he felt my case was insignificant with a plea agreement in place and it would not affect his attention to my case.

Judge Kotelly, I provided ample information and cooperation to the Department of Justice, Office of Inspector General regarding the United States Marshals at the D.C. Superior Court. We were told from Investigator Regan, that I provided more than enough information during the investigation and indictment(s) on overtime fraud would be forthcoming, however, I wasn't given the downward departure as stated in the plea agreement. Mr. Robinson assured us that although the insurance claim issue came up and I may have to be incarcerated, Geico filed no charges against me and no monies were paid to me by Geico. Mr. Robinson did state that I would possibly receive a year and a day, but he would fight for the downward departure.

I understand that the nature of my offense to which I plead guilty is serious. There was no justification for my criminal behavior other than reckless decision making and irresponsibility. The fact that I am now labeled a felon will affect not only me but my family for the rest of our lives and serves as a constant reminder that the laws have to be respected or there will be serious consequences behind those actions.

Your Honor, I am a married woman with four sons ages 23, 22, 14 and 13 and have always been an instrumental and important part of their daily lives. My 22 year old (William) is battling HIV and we are praying that his immune system strengthens and his CD4 numbers increase to fight this virus. We are in the process of obtaining medical assistance because his employer does not offer health insurance and with my resignation from the government, we no longer have health coverage for him. William is currently being treated for his virus at the Children's Hospital of Washington. The doctors have placed him into another medical trial program until the age of 24 to help offset the cost associated with his treatment. There is a trial experiment that could be successful if medical assistance would cover the cost. This procedure would allow doctors to use my good bone marrow and clean his infected bone marrow; it has been successful in Berlin and will soon start in the United States. I'm willing to have any medical procedure done to myself in order to save his life. We are still waiting on more information pertaining to this procedure. This could cure him of the virus and save his life.

Currently, my husband is paying $350 monthly to FPC Alderson to cover my restitution of $250, $75 for telephone usage and $25 for necessities. In court, it was ordered that I would be employed by UNICOR during my incarceration; however, FPC Alderson no longer has UNICOR, so I earn $5.25 monthly. My family is continuing to pay for my mistakes daily to make ends meet and to support me. Although, I will now have a felonious status, I believe at this point I have the necessary education, experience, and determination to become gainfully employed in society again. This will serve the purpose of me having the ability to rebuild my integrity, repay my judgment and assist my husband with supporting our family.

Judge Kotelly, I know your decision was based on the facts of the case and I have always owned up to my crime, but I am asking your Honor to take some time and read who I am as a mother, wife, friend and my character in whole (Exhibit B). I tried to have this done prior to my sentencing; however Mr. Robinson stated "that she doesn't care". I'm sorry; I have to believe that you do care.

As of now, I have served almost 5 months at FPC Alderson. The classification of White Collar only makes up 13% of the inmate population at this facility. Given the make-up of the camp and the crowdedness due to the Residential Drug Program (RDAP), there are minimal programs and educational courses available to someone with my sentence. The programs are designed and designated for the GED and Drug programs. I have completed 5 of 6 pre-release programs (Money Management, Fitness, Career Planning, Probation and Halfway house). I've also completed 6 programming course (Zumba, Brisk Walking, Basic Parenting, Alcoholic Anonymous, Tech101 and Drug Education) (Exhibit C). Additionally, I'm on the waiting list for 7 Habits of the Highly Effective Person, Adult Self Esteem, and Resume Writing. I have zero disciplinary issues.

In no way am I trying to dismiss my actions. As a child I played house and make believe to hide from the dysfunction in our home where we were made to grow up too fast through, verbal, mental, emotional and sexual abuse. Later in life we were told that this abuse happened to us, because the bills had to be paid and my dad was unreliable. The reality of my life was to grow up and depend only on myself, never again being controlled, never allow anyone to hurt me or my children and to trust no one, but myself. I didn't realize that by making myself a workaholic and driven by the wrong purposes it only made me my own worst enemy. My incarceration has served a multiple purpose of acceptance, punishment and deterrence. I have taken your words to heart by facing my shortcomings, mending and forgiving my mother and overcoming my personal issues. I will have this with me always as a testimony to remind not only myself but the young ladies I have mentored what damage we can do to ourselves. I can now openly express the remorse for the people I betrayed, the shame, greed and regret of my crime.

In closing, Judge Kotelly, on behalf of me and my family, I respectfully petition this Honorable Court to reduce the sentence and/or modify my sentencing and allow me to serve the remaining portion of my sentence on home confinement, probation and/or community service. I will better serve society working and contributing to the economy while being a productive citizen and wholesome mother to my children and a better wife to my husband. Thank you in advance for your compassion and reconsideration.

Respectfully Submitted,

Sno H. Rush
Reg. 31219-016
FPC Alderson
P.O. Box A
Alderson, WV 24910

# Notification to inmate

Name: _Rush Sno_       Number: _31214-014_
Housing Unit: _____ A3
Date: _____ 1-10-11

MAMMOGRAM Results:

_____ **NORMAL** Your MAMMOGRAM was within normal limits.  You
will receive a repeat MAMMOGRAM and pelvic exam in 1-2 years.

___✓___ **ABNORMAL** Your MAMMOGRAM results are abnormal.  An
appointment will be scheduled for follow up.  Please check the
callout for date and time.

STAFF SIGNATURE: _____

Natalie B. Wright, D.O.
FPC Alderson, WV

10/21/11
Honorable Judge Colleen Kollar Kolelly
E Barrett Prettyman, US. Courthouse
333 Constitution Ave, NW
Washington DC 20001

Dear Judge Kotelly,

My name is Desmond Springs, youngest son
of Sno Rush. I am writing to you about my
mother. I really miss her. I feel weird when she
is not at my football games. I always play good
when she is at my games. Right now, I am having
the worst season of my life. It really bothers me
that she is not here for my freshman year
of high school. All I think about in school is
her. I can't sleep some nights because I miss
her so much. This my first time ever that I
wont be able to see her on my birthday. I
could tell my mom anything and she will always
listen. She always showed my brother and I all of
her love. She could always calm me down
when I'm mad. I wish she was out of trouble.
She is the most important person in my life

Sincerely,
Desmond Springs

Desmond Spraggs
Elygary 14

15

Who would of thought my mom (Gra Nash) would be someone I admire? My mom never gives up. She is also very supportive to me. My mom can hang out with kids. Clearly my mom is a great person.

My mom never gives up. She will be an DE [...] she [...] tering jet. While she knew that she [...] a [...] my brothers and me. My [...] p[...] of [...] us asking [...] new pla[...] she will never q[...] [...].

My mother is [...] exp[...]. She was [...] [...] k "[...] [...], and do you. When I [...] a[...] she always finds a way to [...] [...]. My mom always

October 21, 2011

Honorable Judge Colleen Kollar - Kotelly
E. Barrett Prettyman, U.S. Courthouse
333 Constitution Ave, NW
Washington, DC  20001

   Dear Judge Kotelly,

   6 years ago I met my guardian angel, not knowing that
she would be my step-mother and live in my heart forever.
Sno Rush did everything she could to take care of me to make sure
I had all of my needs and wants. No matter what Sno did I
was always the first one who wanted to go with her because I was
that close to her. She loved me unconditionally like I was her
own child. Sno called me her role dog because I went everywhere
with her. This will be the first birthday, Christmas, and
Thanksgiving in 6 years that I haven't had with Sno. I miss
her so much because im so used to having her around right
next to me. Sno has had a couple of surgeries and I was
always the one who stayed with her and checked up on her
constantly. She's always told me right from wrong, and true
from false. Sno is my best-friend, guardian angel, and
Mother, and I just ask that you bring her home to me
and my family.

   Sincerly,


Robert Rush, III
Robert Rush, III

Honorable Judge Colleen Kollar-Kotelly
E Barrett Prettyman, United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

My mother has played a major role in my life for as long as I can remember. She is the foundation of my family, and since she has been incarcerated things has been very difficult, not only for me but for my younger brother as well. She is the person who makes sure we have everything we need and makes sure all is copasetic. I am HIV positive and she is the one who would keep up with scheduling, and taking me to my appointments, and being the one who purchases my medicine for me because I am not in the financial situation to do so. It has been a challenge for me since she has been away to handle my disease because I have never had to handle it on my own. My mother is a care provider, a hard worker, an honest woman and a role model but before all of that she is my Mother. I t hurts that I can not see her when I want, or hear her voice when I'm down and need encouragement. My step father and I do not have the healthiest relationship in fact we haven't spoken since July 2011. I think he is having a very hard time being social with anyone since she is away and I just want us to be a family again, but until she returns home I'm afraid that won't happen. I need my mom to come home so the circle is complete. She is missed by everyone and I could only imagine how she feels being so far away and not being able to do the things that she enjoys like provide for her family. I personally feel she doesn't deserve the sentence that was given to her. I believe the verdict wasn't solely based on what she was being charged for. I need her to come home and come home soon

Sincerely William Lytle

October 21, 2011

Honorable Judge Colleen Kollar-Kotelly
E. Barrett Prettyman, U.S. Courthouse
333 Consititution Ave, NW
Washington, DC 20001

Dear Judge Kotelly

My name is Robert Russell Rush II, the spouse of Sno Rush. I would like to submit; this character reference letter on behalf of my wife. I understand this is after the fact, however, we were not given the opportunity to submit prior to her sentencing.

Judge Kotelly, I understand the difficult position you are placed in daily having to make decisions that not only gives justice to the victims of crimes but as well as handing down verdicts that will somehow affect the lives of the defendants. What you were not shown during the sentencing or presentencing phase of my wife's case, is my wife herself is a victim. Not of the judicial system, but of her childhood, her own need to succeed and fear of failure that has ruled over her entire life which was filled with great disappointments. Sadly enough, my wife is also a victim of my failures in my heart and mind as a husband and provider for my family. Sno has always been such a head strong woman and it was easier to sit back and let her take care of things, which in essence, I should have been more hands on and aware of our situation, which would have ensured this mistake wouldn't have occurred.

Judge Kotelly, when Sno and I were married we joined two families and made it work. However, in the process we didn't realize that we were incurring so much debt, we were just living off of credit that put us in so much debt. Throughout our relationship, she never treated my two boys as step children, she embrassed them with open arms and the same love she gave her boys. She has raised them as her own and always given them love, support and encouragement throughout the years. My oldest son Byron, lost his mother at the age of 5 to Lupus. He become withdrawn and distant from everyone, until Sno came into his life, he has become a loving, expressive young man, who is now attending the Art Institute of Washington to become a Chef. Sno pushed and encourage him to do well and studied with him on his SAT test. My wife loves completely and strives to do her very best for everyone although this has caused her servere pain in these days.

Over the past 4 months since her incarceration, the two younger boys Desmond and Robert III, has been having difficult times with her absence and having to read about their mother on the internet. She will be missing the entire freshman year, sporting events, boy scout events and Church events. Our boys are suffering due to the absence of Sno. I'm not use to doing the things that they can only learn and get from their mother. She nutures them and loves them through the rough times, she's the encourager and I don't know how to fill that void. Sno has worked her entire life for the government, pressing forward to succeed and become a role model for her boys, unfortunately, she fell short in some areas. I know as her husband and the man of this home, I was supposed to do more and be aware of the overwhelming pressure she was under, but Sno is very private in some areas of her life. I failed my family because I didn't pay attention or didn't ask the right questions.

Your honor, I am begging that you take a second glance at my wife. Please reconsider the sentence and send he home to serve the remaining time.

Respectfully,

Robert R. Rush II

*Robert R. Rush II*

October 9, 2011

Honorable Judge Colleen Kollar-Kotelly
E Barrett Prettyman, United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Honorable Kollar-Kotelly,

I am writing on behalf of my sister, Sno Rush. Sno is youngest of 4 daughters in my family. I am the second eldest of the 4. Since I have known Sno for all of her life, I would like to speak about the character of my sister like not many others can. Sno was a loving, playful, funny child growing up. She was kind of kid that could make anyone feel better at the worst times. When we were kids, some would think that we had the perfect childhood because out mother worked a good job and we always had nice cars and places to live. That couldn't be further from the truth. Actually, we had a terrible childhood. As much as it pains me to say, our mother wasn't the most loving and caring mother. There were times when she would tell us she hated us and wished she never had us. There were also times when she would call us "little black b****". Sno was very young and this affected her tremendously. I guess it is fair to say our mother was very verbally and mentally abusive when we were kids. As I have gotten older, I realize that she was doing to us what was done to us, and that was the only way she knew how to raise children. My mother left out home when Sno was in the 3rd grade left us to live with my father. She did however take my oldest sister, who is not a child of our fathers'. I was the oldest female in the house after my mother moved out for almost 2 years. The first school year that my mother left, both of my little sisters, Toi and Sno was kept back in their grades. They were both very hurt and I tried to console them as best I could but I was only in the 6th grade myself. We did see my mother on some weekends when she would come to get us. She would bring us back to our fathers' house on Sunday evenings. We were little girls and we couldn't understand why we couldn't live with our mother and our older sister. Our father used to say to us, "your mother left you all". Sno used to cry a lot during that time. We finally went to live with our mother and although we were happy about that, the verbal abuse didn't stop. Sno was still a fun loving and seemingly happy child. In school she did well and kept good grades. Sno was also someone who always made friends easily and had a lot of friends. As a teenager, Sno worked at Bobs Big Boys in Maryland while she was in high school. At one point, my mother moved out of our apartment and Sno lived with me and our older sister. Sno was the only minor child left at that time. She loved her job and I remember her coming home excited when she would have a good day of tips. I was happy for my little sister. Sno graduated from Largo High School in 1989. She wanted to go to college but my mother told us she couldn't afford it. Sno got her first job after graduation at the Dept of Navy. She was so happy with her new job and she excelled at her position. All of her superiors and managers loved her and her dedication to her work. Sno had a son in 1990, who was very ill at one point, when he was a baby. She raised her son as a single parent and did a great job at doing so. She got married when her son was young.

There was a time when I found out that our father may not be Sno's father and I told her. She confronted my mother and father about this and eventually met the man who could have been her father. I believe they started to form some type of relationship but that didn't last. Sno was hurt by this.

In the early 90's our mother had moved to Philadelphia with her job and a few years later had ovarian cancer.  My mother moved back to Maryland for her treatments and Sno along with my older sister, Tina took care of my mother while she was going through chemo and recovering from her surgery.  Sno stepped up and was a great help to my family by taking care of our mother at the same time, raising her son.  Soon after, my father was diagnosed with lung cancer and died within a month of finding out.  This devastated Sno.  We were very close to my father because he was always very kind and nice to us.  I remember at the funeral, she fainted when she stood at the casket.

When her son was small, he was a part of the Boys and Girls Club in Woodbridge where they lived.  Sno was very active in his activities and school work.  Sno also helped take care of her son's great-grandmother before she died.  She continued to advance in her career and raise her son.  She then had a second son with her husband and she was happier than I've ever seen her.  Sno continued to participate in the Boys and Girls club where her older son was in activities.  She and her husband started having problems and they divorced when her youngest son was 4, I believe.  She moved back to Maryland and raised her boys while continuing to work full time and participate in Boys and Girls Club in Maryland.  She seemed to be helping everyone around her, friends and family alike.  There were many times I needed her help and she was always there for me and my other sisters.  She remarried and has 2 stepsons that she loves very much.  Her oldest step-son lost his mother when he was very young.  She stepped in and became a mother to both of them.  They eventually joined a church as a family and Sno was very happy with her life.  Her oldest son was diagnosed with HIV son after he graduated from high school.  Of course this was very hard for her especially because she was sending him away to college in Atlanta.  She would not be able to make sure he was taking his medicine and get him to a doctor right away if he had an emergency.  She continued to do lot of work with her church and the kids in the church on the weekends.  Many of the kids stayed at her house on the weekends with her kids.  She was always willing to offer a helping hand to her friends and the members of her church.  She makes herself readily available to her church and the kids at all times.  My mother was diagnosed this past summer with breast cancer and again Sno helped to take care of her and paying for prescriptions that my mother couldn't buy for herself.  Sno herself had to go through a tough surgery on her spine in which she had to have a massive tumor removed.  She didn't have the leave to stay out of work to recover but, she had so many friends and supporters throughout her career, many people donated leave to her so she could take the time needed to heal from her surgery.

I do know what crime Sno was sentenced for and I also know that she is very sorry and remorseful for her actions.  She had a lot on her plate financially at the time.  She agreed to help the government obtain a lot of information which could possibly put her and her family in harm.  She has served 4 months of a 21 month sentence, 18 months with good time. I beg the courts for mercy and reconsideration of her sentence to possibly be able to serve the remainder of her sentence on home detention or a split sentence of possible.  Her family needs her.  Your consideration, is greatly needed and appreciated.

Respectfully

Tyo Hodgins (sister)

October 9, 2011                                                          1708 Silverbell Circle

                                                                        Bowie, Maryland 20721


Honorable Judge Colleen Kollar-Kotelly
E Barrett Prettyman, United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Please accept this letter as a Character Reference letter for Sno Springs. I have known her all of her life. Sno is a loveable, dedicated, and a loyal person to her friends and family and anyone she knows is in need.

Sno is my daughter and a very loveable daughter at that. I know her very well as a person and a daughter. A mother wouldn't want a better daughter , her sisters wouldn't want a better sister.

She has had to deal with a lot of wrong doings in her young life and I wasn't the best mother and didn't know of some of the things she had to endure as a child, but I found out later and had no idea what to do about them.

I know she has done some wrong things and maybe I am at fault for some of them, but if this letter can do anything to help her or makeup for my short comings, please consider this letter.

Because my life was not stable, Sno has been moved around a lot in her young life, now being older and wiser I am sure all this has played a great part in her taking the wrong road down the line.

With my short comings, each time I had cancer & chemo, she was right there for me, bathing me, cooking for me, making sure I had my medications, in all Your Honor, Sno is a great & loving person.

Sno is a church going person and very loyal, Sno is also a great part of her church's football team. Sno is a football team Mom. The parents of the football team players trust Sno with everything pertaining to their children. You can go to Sno's home any weekend during football season and you don't just find her sons there, on many occasions you will find the majority of the football team there for the weekend. The kids love Sno and love being in her home.

Sno has a great compassion for family and friends and will try to do whatever she can in her power to help them when in need.

I've known Sno to have friends whom parents are elderly and not able to do for themselves, cook meals for the week and deliver to her friend's parents.

Her boys adore and love her; no one can take her place in their eyes. Her family and friends she holds dearly and I know they miss her so much.

Sno gets a great pleasure out of seeing other people happy. Whatever she can do to see this accomplish, she will try to do.

Yours Truly

Ruby Jackson

October 10, 2011
Honorable, Judge Colleen Kolla-Kotelly
E. Barrett Prettyman, United States Courthouse
333 Constitution Ave N. W.
Washington, DC 20001

Dear Honorable Judge Colleen Kolla-Kotelly

My name is Dolly L. Fluellyn. I am the grandmother of Sno Rushs' eldest son. I am
writing this letter on behalf of Sno Rush who is like a daughter to me. I have known Sno
since she was about 15 years old. I have always known her to be respectful, kind,
considerate, witty, loving and very dedicated to her family and work. I remember Sno
beginning work in the Federal government (Navy Yard) after she graduated from High
School. I have known her to be a very hard and dedicated worker to had been such a
young person at that time. Once my grandson was born, who is now 21 years old, she not
only became an extraordinary young dedicated and responsible mother, she continued to
be a dedicated and responsible worker to the government, never compromising, never
wavering, never faulting in either of the two most important responsibilities a young
women at a young age could encounter. Her mind set her strengths and goals were based
upon her respect and integrity for herself, her child, her job and others. In her strong
willingness to achieve through her willingness to learn with continued education, she
believed in herself and challenged herself to always strive forward, no matter the
difficulties, no matter the stumbling blocks and no matter the hardships. She had so
much love for her family, friends and work , she began to make more sacrifices than
enough. I respect her then and I respect her now. I am aware at this time in her life
something has occurred that is costing her the freedom she so rightly and justly deserve
which is to be at home. Yes, a decision was made, yes a mistake has been made, yes,
acceptance came and yes, a sentence imposed. I believe in the time now passed and
served, there is no reason, that she should any longer be away from her family. The type
of person that she has been and is, does not warrant her to continue to be any place else
besides home. I say this because, she is and have always been a quick learner. Through
her continued education and success in her tenure in the government, she has been
promoted several times. I am inclined to believe that throughout this ordeal and process,
the education she has received, along with her personal experience and Spiritual
enlightenment , she is enriched with the knowledge of knowing life goes on and certain
roads will never be traveled again. I humbly and respectfully ask for your deepest
consideration in this matter and allow her to now be free to come home.
This one page by no means can explain all that I love and think about Sno, but I thank
you for the opportunity to share at least a piece of heart. God Bless You.

Dolly L. Fluellyn

Honorable Judge Colleen Kollar-Kotelly
E. Barret Prettyman, United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

October 18, 2011

To Whom it May Concern:

I have had the pleasure of knowing Sno Rush for over 10 years. I met Sno while dating
her nephew. We are now married, with two children. During the years of our
acquaintance, I have known Sno in many capacities. Sno is the Godmother to both of my
children because I trust that if anything should ever happen to my husband or I, my
children would be in a loving home and cared for as if they were her own. She has
helped me as a mother since the birth of my first child over 7 years ago, with advice or
occasionally taking care of the children while I worked or was at school.

Sno is an intelligent, loving, capable, dedicated, and personable woman. She is always
quick on her feet, with sensible reactions in all the circumstances I've seen her in. I feel
confident in saying that she is capable of handling any situation with thoughtfulness and
maturity.

Sno is very active in her church and I am sure she would love to return to working with
the youth of the church. The children at the church adore her because of her kind heart
and willingness to help others in any way she can.

Respectfully,

LaTisha Davis-Robinson

October 15, 2011

Honorable Judge Colleen Kollar-Kotelly
E. Barrett Prettyman, United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

Ref:  Sno Rush

Honorable Judge Colleen Kollar-Kotelly

Sno Rush is a woman of strong faith, compassion and a heart of gold.  Sno's strength and will to go above and beyond to help others in need is a true testament of her character.  Sno is a dedicated and loving wife and mother to her children.  Sno is also an extraordinary friend who is sincerely missed within the community.  Sno has a special gift for providing love and kindness towards "ALL".  Sno's kind spirit and generosity is felt during your very first encounter with her.  She has a way of welcoming you into her circle of friends/family and makes you to feel like you have a friend for life.

It's rare to have a genuine friend who you can count on through thick and thin.  At times you may feel like you don't have a shoulder to lean on or a listening ear.  There are instances when you just need to laugh or to cry without judgment or shame.  You may need a cheerleader, a coach, a confidant, or someone to be in your corner when you are fighting a never ending battle.  I am blessed to have such a friend who provides each of the above mentioned characteristics without even being asked to do so.

Sno has another amazing characteristic which is her bond with not only her children but with the children within the community (including my son and daughter).  The children gravitate towards Sno and simply enjoy her great cooking and the way that she makes them laugh.  On any given day of the week there will be lots of children asking to visit or to stay with Miss Sno.  She has a unique way of communicating with children at any age to make them feel comfortable and to also seek guidance or to provide her wisdom.  Sno has volunteered her time and energy to special projects at her church, boys and girls sports activities, team mom and or co-captain of sports teams, etc.  I hope and pray that one day soon she will be able to be amongst her friend and family and doing what she does best and that's sharing her time, love, wisdom and compassion to "All".

Sincerely,

Mina A. Wales

# Drug Education Course
## Certificate of Completion

Presented to:

**Sno Rush**

This the 27th day of October, 2011
Federal Prison Camp
Alderson, West Virginia

_Sharon Sizemore_, M.A.
Drug Abuse Treatment Specialist



*This certifies that*

Sno Rush

*Has satisfactorily completed*

*Basic Parenting*

*Consisting of 2 Hours of Training*

*This certificate is hereby issued this 13 day of July, 2011*

Joy Bowling, SOE

D. Mc'Vey, Parenting Instructor

# Certificate of Achievement

This certifies that

**SNO RUSH**

has satisfactorily completed

## ALCOHOLICS ANONYMOUS

Consisting of 12 Hours of Training

This certificate is hereby issued this ___27TH___ day of ___SEPTEMBER___, 20 _11_

_Sharon Sizemore_
Sharon Sizemore, M.A.
Drug Abuse Treatment Specialist

# ≈ Certificate of Achievement ≈

## This certifies that

### SNO RUSH

## has satisfactorily completed

### TECHNOLOGY 101

## Consisting of __2__ Hours of Training

## This certificate is hereby issued this __24TH__ day of __OCTOBER__ , 20 __11__



MRS. MARTIN, EDUCATION SPECIALIST



MRS. JOY BOWLING, S.O.E.

# FMC Alderson Recreation



## Certificate of Achievement

### This Certifies That

SNO RUSH

has satisfactorily completed

BRISKWALKING – 300 MILES

Consisting of ____75____ Hours of Training

Given at Alderson, WU, this __7TH__ day of __OCTOBER__ __2011__

D. PILSON, REC. SPEC.



# FPC Alderson Recreation

## Certificate of Achievement

This Certifies That

SNO RUSH

has satisfactorily completed

ZUMBA   (PM)

Consisting of ___16___ Hours of Training

Given at Alderson, WV, this ___15TH___ day of ___SEPTEMBER___, 2011

D. FILSON, REC. SPEC.



I wanna wish you a very happy birthday.
You are very special to me. I'm so glad
that your my mom. I'm glad I have 13 ye
of your life in me. I've learned so much

From you. I love you so much.

Love Desmond



# You'll Never Walk Alone

*Words of Reassurance by Helen Steiner Rice*



At times like these
it is only God
who can speak the words
that calm the sea,
still the wind,
and ease the pain...
So lean on Him
and you will never
walk alone.

They who wait for the Lord
shall renew their strength,
they shall mount up with wings like eagles,
they shall run and not be weary,
they shall walk and not faint.

Isaiah 40:31

God has his hedge of protection
around you. That hedge cannot
be broken by anything or
anybody. He put you in a place
where only he can pull you
through. Your still my Superman
and i'll always be waiting for y
to come save me. Love You

Happy Birthday
Bunny

July
31,
2011

Our Father who art in heaven hollow be thy name, thy kingdom come, thy will be done on earth as it is in heaven, give us this day our daily bread and forgive us for our trespasses as we forgive those who trespass against us and lead us not into temptation but deliver us from Evil.

You're the best mistake to me been though am most in not your Barbequed son

— Tre'

7/31/11

Robert Russell Rush, II
Sno Hodgins Rush
Desmond Springs
Robert Russell Rush, III
Billy Garfield Lytle
Byron Bradley Rush

I Love You