UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SNO H. RUSH<br><br>Defendant. | Criminal No. 10-246 (CKK)<br>**FILED**<br>DEC 2 1 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

On November 29, 2011, the Court received a letter dated November 1, 2011, from Defendant Sno H. Rush, which was filed on the docket on December 8, 2011. Upon review of the record, the Court concludes that it would benefit from a response by the United States.

Accordingly, it is, this 21st of December, 2011, hereby

**ORDERED** that the United States shall file a response to Defendant Sno Rush's Letter dated November 1, 2011, by no later than January 20, 2012.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (See next page.)

Copies to:

Sno H. Rush
Reg: 31219-016, Unit A3
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

Eric G. Olshan, AUSA
U.S. Attorney's Office

Robert D. Okun
Colleen Kennedy
Chief, Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Room 11-858
Washington, DC 20001