UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SNO H. RUSH<br><br>Defendant. | Criminal No. 10-246 (CKK) |

## ORDER

On January 30, 2012, Defendant Sno H. Rush filed [32] *Motion to Amend the Judgment*. Upon review of the record, the Court concludes that it would benefit from a response by the United States.

Accordingly, it is, this 9th of February 2012, hereby

**ORDERED** that the United States shall file a response to Defendant's *Motion to Amend the Judgment* [32], by no later than March 12, 2012.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (See next page.)

Copies to:

Sno H. Rush
Reg: 31219-016, Unit A3
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

Eric G. Olshan, AUSA
U.S. Attorney's Office

Robert D. Okun
Colleen Kennedy
Chief, Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Room 11-858
Washington, DC 20001