## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Number: 1:10-cr-246-CKK** |
| v. ) | |
| ) | |
| **SNO H. RUSH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S
### MOTION TO AMEND THE JUDGMENT

The United States, through undersigned counsel, respectfully responds to the defendant's Motion to Amend the Judgment, filed on January 30, 2012. Dkt. No. 32. The defendant seeks relief based solely on an alleged deficiency in the judgment in this matter, Dkt. No. 20, asserting that the Court impermissibly failed to specify a payment schedule with respect to the defendant's restitution obligations during her incarceration. (Mot. at 3.) According to the defendant, her $5.25 monthly pay for cottage maintenance work pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program (IFRP) is insufficient for her to satisfy the corresponding $353.00 IFRP-imposed restitution obligation. (Id. at 4.)[1] Although she challenges the amount of her individual payments, the defendant does not challenge the total amount of her restitution obligation. Thus, in light of the defendant's proffered inability to meet her current monthly obligations under the IFRP, the government does not oppose amendment of the judgment to specify a lower monthly restitution payment during the defendant's period of incarceration. Amendment properly would address the

---

[1] The defendant states that UNICOR, the inmate work program specified in her judgment, Dkt. No. 20 at 2, is unavailable at her place of incarceration. (Mot. at 2.)

defendant's financial difficulties and cure any alleged flaws[2] concerning the lack of a payment schedule in the judgment.  As to the amount of such payments, the government defers to the Court's sound discretion.

        Respectfully submitted,

        JACK SMITH
        Chief
        Public Integrity Section

By:   /s/ Eric G. Olshan
        ERIC G. OLSHAN
        Trial Attorney
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Ave., NW – 12th Floor
        Washington, DC  20005
        T: 202-514-7621
        F: 202-514-3003
        email: eric.olshan@usdoj.gov

---

[2] The defendant's position overlooks the Court's clear dictate that she pay the entire amount of restitution immediately in a lump sum, Dkt. No. 20 at 6, which, assuming compliance, requires no payment schedule at all.  Regardless, because the defendant currently is unable to make full payment, the government does not oppose imposition of a set schedule.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on March 12, 2012, using the Court's CM/ECF system and that a hard copy was sent via the United States Postal Service to the defendant at the following address:

Sno H. Rush
Reg: 31219-016, Unit A3
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

                                          /s/ Eric G. Olshan
                                          Eric G. Olshan
                                          Trial Attorney